```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

ROBERTO SANDOVAL,

      Petitioner,            CRIMINAL ACTION
                            NO. 1:05-CR -324-4

     v.                      CIVIL ACTION

UNITED STATES OF AMERICA,     NO. 1:16-CV-1512-CAP

      Respondent.

### O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 20th day of July, 2016.

                                        /s/ Charles A. Pannell, Jr.
                                        CHARLES A. PANNELL, JR.
                                        United States District Judge